RECEIVED
IN ALEXANDRIA, LA.

SEP 0 9 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTINA WAGONER | CIVIL ACTION NO. 09-0363 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| WOODMEN OF THE WORLD | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law, and specifically finding the McCarran-Ferguson Act to be inapplicable to Defendant;

**IT IS ORDERED** that the motion to compel arbitration and dismiss is GRANTED and the case is dismissed.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of _____, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**